ministrator.   Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding.   Heard in the second division of this court for the first district at the October term, 1923.   Reversed and remanded.   Opinion filed May 27, 1924.

Francis X. Busch, Corporation Counsel, and John J. Kelly, for appellant; Albert H. Veeder and Daniel V. Gallery, Assistant Corporation Counsel, of counsel.   W. E. Keeley and Ogren & Wermuth, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**M. G. Kasper, appellant, v. Mateusz Fudacz, appellee.   Gen. No. 29,023.**

Retrial of *Kasper v. Fudacz*, 223 Ill. App. 643.   Action on agreement whereby plaintiff turned over to defendant notes for $2,400 under agreement by defendant to pay $400 thereof to creditors of plaintiff and to retain balance in satisfaction of his own claim. Judgment for defendant.   Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding.   Heard in the second division of this court for the first district at the October term, 1923.   Reversed and remanded.   Opinion filed May 27, 1924.

Shannon & Morrill, for appellant.   No appearance for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Harry C. Perrottet, appellee, v. Garrett Barry, appellant.   Gen. No. 29,035.**

Suit under section 21 of Municipal Court Act to vacate judgment in case arising out of automobile collision.   Petition dismissed.   Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding.   Heard in the second division of this court for the first district at the October term, 1923.   Reversed and remanded with directions.   Opinion filed May 27, 1924.

Charles E. Green and Lawrence A. Rice, for appellant.   Burt A. Crowe, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Abraham Chesler, complainant and appellee, v. Charles A. Brillow et al., defendants, on appeal of Charles A. Brillow, appellant.   Gen. No. 29,053.**

Bill to remove cloud on title.   Decree granted as prayed.   Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding.   Heard in the second division of this court for the first district at the October term, 1923.   Affirmed.   Opinion filed May 27, 1924.

John A. Brown, for appellant.   Fassett, Abbott & Hughes, for appellee; Edwin H. Abbott and John Weaver, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Carrie A. Cooper et al., administrators of the estate of H. W. Cooper, deceased, complainants and appellees, v. Empire Security Company et al., defendants, on appeal of C. B. Little and P. M. Starnes, appellants.   Gen. No. 29,066.**

Bill for accounting for stock transactions, to have a purchase of stock decreed to have been obtained through fraud and deceit, and